UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge:   JULIEN XAVIER NEALS, USDJ          Date: 9/16/2024
Court Reporter:  Melissa Mormile            Civil No: 2:24-cv-6944

Title of the Case:

INCYTE CORPORATION, et al
v.
SUN PHARMACEUTICAL INDUSTRIES, LTD., et al

Appearances:

William P. Deni, Jr., Stephen R. Donat, Mark J. Feldstein, Jason L. Romell, Megan L. Meyers, and Daniel F. Roland, Counsel for Plaintiffs Incyte Corporation, and Incyte Holdings Corporation
Gregory D. Miller, Timothy P. Gonzalez, Josh A. Krevitt, Charlotte Jacobsen, Christine Ranney, Anne Body and Allen Kathir, Counsel for Defendants Sun Pharmaceutical Industries, Ltd., and Sun Pharmaceutical Industries, Inc.

**Nature of Proceedings**:

Status Conference/Tutorial Held

                                                Kimberly Darling, Courtroom Deputy
                                                to the Honorable Julien Xavier Neals, USDJ

Time Commenced:    10:00 am
Time Concluded:    12:45 pm
Total Time:        2 hours 45 minutes